# **EXHIBIT B**

# Katie Ali

**From:** April.Sands@atf.gov <noreply@securerelease.us>
**Sent:** Thursday, July 28, 2022 10:43 AM
**To:** Katie Ali
**Subject:** Final Response 2022-01195

July 28, 2022                                                                                                                REFER TO:  2022-01195

Ms. Katie Ali
300 New York Avenue NW
Suite 900
Washington, DC  20001

Dear Ms. Ali:

This responds to your FOIA Request dated July 28, 2022, and received by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) on 7/28/2022, in which you requested records concerning shooting at/around Edmund Burke School on 4/22/2022.  Your request has been assigned number 2022-01195.  Please refer to this number on any future correspondence.

At this time, the investigation relating to shooting at/around Edmund Burke School on 4/22/2022 is still open.  Therefore, your request is denied pursuant to 5 U.S.C. § 552(b)(7)(A) because it concerns an ongoing investigation.  Exemption (b)(7)(A) authorizes us to withhold investigatory records or information compiled for law enforcement purposes, the release of which could reasonably be expected to interfere with enforcement proceedings.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA.  See 5 U.S.C. § 552(c).  This response is limited to those records that are subject to the requirements of the FOIA.  This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You may contact our FOIA Public Liaison, Zina Kornegay, at (202) 648-7390, for any further assistance and to discuss any aspect of your request.  Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer.  The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Adam C. Siple
Chief
Information and Privacy Governance Division

This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited.

Deloitte refers to a Deloitte member firm, one of its related entities, or Deloitte Touche Tohmatsu Limited ("DTTL"). Each Deloitte member firm is a separate legal entity and a member of DTTL. DTTL does not provide services to clients. Please see www.deloitte.com/about to learn more.

v.E.1