UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREN LOWY and DANIEL JAFFE,<br><br>Plaintiffs,<br><br>v.<br><br>THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES and UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendants. | Civil Action No. 1:22-cv-03529-JMC |

**CERTIFICATE OF SERVICE**

I hereby certify that, on December 5, 2022, I caused the following documents to be electronically filed using the Court's CM/ECF system:

1. Motion for Admission *Pro Hac Vice* of H. Christopher Boehning, Declaration of H. Christopher Boehning & Exhibit, and [Proposed] Order;

2. Motion for Admission *Pro Hac Vice* of Jacobus J. Schutte, Declaration of Jacobus J. Schutte & Exhibit, and [Proposed] Order;

3. Motion for Admission *Pro Hac Vice* of Carly M. Lagrotteria, Declaration of Carly M. Lagrotteria & Exhibit, and [Proposed] Order; and

4. Motion for Admission *Pro Hac Vice* of Jenifer N. Hartley, Declaration of Jenifer N. Hartley & Exhibit, and [Proposed] Order.

Service of the above-listed documents was effected by FedEx overnight delivery on the following:

BUREAU OF ATF
99 New York Avenue, NE
Washington, DC 20226
US

1

2

UNITED STATES DEPARTMENT OF JUSTICE
c/o United States Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530
US

/s/ Kathryn Ali_____
Kathryn Ali (D.C. Bar No. 994633)