# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CLEAR FORM

Karen Lowy and Daniel Jaffe )
*Plaintiff* )
)
v. )   Civil Action No. 22-3529 JMC
)
Bureau of Alcohol, Tobacco, Firearms and Explosives )
and United States Department of Justice )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   The Bureau of Alcohol, Tobacco, Firearms and Explosives
99 New York Avenue, NE
Washington, D.C. 20226

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Elizabeth Lockwood & Kathryn Ali
Ali & Lockwood LLP
300 New Jersey Avenue NW, Suite 900
Washington, D.C. 20001

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date: 11/21/2022

Luileadny J. Navas Gonzalez   Digitally signed by Luileadny J. Navas Gonzalez
Date: 2022.11.21 15:45:32 -05'00'

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**CLEAR FORM**

Karen Lowy and Daniel Jaffe )
*Plaintiff* )
)
v. )   Civil Action No. 22-3529 JMC
)
Bureau of Alcohol, Tobacco, Firearms and Explosives )
and United States Department of Justice )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)*   The Bureau of Alcohol, Tobacco, Firearms and Explosives
c/o Civil Process Clerk
U.S. Attorney's Office for D.C.
601 D Street, NW
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Elizabeth Lockwood & Kathryn Ali
Ali & Lockwood LLP
300 New Jersey Avenue NW, Suite 900
Washington, D.C. 20001

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: 11/21/2022

Luileadny J. Navas Gonzalez   Digitally signed by Luileadny J. Navas Gonzalez
Date: 2022.11.21 15:46:01 -05'00'

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CLEAR FORM

Karen Lowy and Daniel Jaffe )
*Plaintiff* )
)
v. )     Civil Action No. 22-3529 JMC
)
Bureau of Alcohol, Tobacco, Firearms and Explosives )
and United States Department of Justice )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)*   The Bureau of Alcohol, Tobacco, Firearms and Explosives
c/o Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Elizabeth Lockwood & Kathryn Ali
Ali & Lockwood LLP
300 New Jersey Avenue NW, Suite 900
Washington, D.C. 20001

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: 11/21/2022

Luileadny J. Navas Gonzalez    Digitally signed by Luileadny J. Navas Gonzalez
Date: 2022.11.21 15:47:57 -05'00'

*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREN LOWY and DANIEL JAFFE,<br><br>           *Plaintiffs*,<br><br>v.<br><br>THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES and UNITED STATES DEPARTMENT OF JUSTICE<br><br>           *Defendants.* | No. 1:22-cv-03529-JMC<br><br>**AFFIDAVIT OF SERVICE BY U.S. POSTAL SERVICE™ CERTIFIED MAIL® RETURN RECEIPT REQUESTED** |

STATE OF NEW YORK    )
                                    ) ss.:
COUNTY OF NEW YORK  )

MELANIE VOSS, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On November 22, 2022, I served a true copy of the

- SUMMONS TO THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,

- COMPLAINT WITH EXHIBITS A-E,

- CIVIL COVER SHEET, and

- NOTICE OF RIGHT TO CONSENT TO A MAGISTRATE JUDGE FORM on the following:

BUREAU OF ATF
99 New York Avenue, NE
Washington, DC 20226
US

CIVL PROCESS CLERK, DC USAO
601 D Street, NW
Washington, DC 20530
US

UNITED STATES ATTORNEY GENERAL
950 Pennsylvania Avenue, NW
Washington, DC 20530
US

3. I made such service by personally placing a true copy of the aforementioned documents in properly addressed prepaid certified mail envelopes, with return receipts requested, and depositing them into an official depository under the exclusive custody and care of the United States Postal Service within the State of New York.

_____
MELANIE VOSS

Sworn to before me this
22nd day of November, 2022

_____
Notary Public

NICHOLAS J. LaFORGE
Notary Public, State of New York
No. 01LA6249453
Qualified in Kings County
Certificate Filed in New York County
Commission Expires October 11, 2023

2

**U.S. Postal Service® CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

USPS® ARTICLE NUMBER: 9414 7266 9904 2146 2844 79

| | |
|---|---|
| Certified Mail Fee | $ |
| Return Receipt (Hardcopy) | $ 4.00 |
| Return Receipt (Electronic) | $ 3.25 |
| Certified Mail Restricted Delivery | $ |
| Postage | $ 2.16 |
| Total Postage and Fees | $ 9.41 |

Postmark Here — NOV 22 2022 — ROCKEFELLER CENTER STATION, NEW YORK, NY 10020-9991

Sent to:
Civil Process Clerk, DC USAO
601 D Street, NW
Washington, DC 20530
US

Reference Information: 091154.00001-55188 -



---

**U.S. Postal Service® CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

USPS® ARTICLE NUMBER: 9414 7266 9904 2146 2845 16

| | |
|---|---|
| Certified Mail Fee | $ |
| Return Receipt (Hardcopy) | $ 4.00 |
| Return Receipt (Electronic) | $ 3.25 |
| Certified Mail Restricted Delivery | $ |
| Postage | $ 2.16 |
| Total Postage and Fees | $ 9.41 |

Postmark Here — NOV 22 2022 — ROCKEFELLER CENTER STATION, NEW YORK, NY 10020-9991

Sent to:
Bureau of ATF
99 New York Avenue, NE
Washington, DC 20226
US

Reference Information: 091154.00001-55188 -



---

**U.S. Postal Service® CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

USPS® ARTICLE NUMBER: 9414 7266 9904 2146 2845 09

| | |
|---|---|
| Certified Mail Fee | $ |
| Return Receipt (Hardcopy) | $ 4.00 |
| Return Receipt (Electronic) | $ 3.25 |
| Certified Mail Restricted Delivery | $ |
| Postage | $ 2.16 |
| Total Postage and Fees | $ 9.41 |

Postmark Here — NOV 22 2022 — ROCKEFELLER CENTER STATION, NEW YORK, NY 10020-9991

Sent to:
United States Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530
US

Reference Information: 091154.00001-55188 -



# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9414726699042146284479

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 4:52 am on November 28, 2022 in WASHINGTON, DC 20530.

Feedback

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
November 28, 2022, 4:52 am

### Available for Pickup
WASHINGTON, DC 20530
November 27, 2022, 9:13 am

### Arrived at Hub
WASHINGTON, DC 20018
November 27, 2022, 7:21 am

### In Transit to Next Facility
November 26, 2022

### Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER
November 23, 2022, 11:54 am

● **Arrived at USPS Regional Facility**
NEW YORK NY DISTRIBUTION CENTER
November 22, 2022, 10:38 pm

● Hide Tracking History

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ∧

Track Another Package

[ Enter tracking or barcode numbers ]

Feedback

## Need More Help?

Contact USPS Tracking support for further assistance.

[ FAQs ]

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9414726699042146284516

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at a postal facility at 4:52 am on December 1, 2022 in WASHINGTON, DC 20226.

Feedback

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20226
December 1, 2022, 4:52 am

**Available for Pickup**
WASHINGTON, DC 20226
November 30, 2022, 11:23 am

**Arrived at Post Office**
WASHINGTON, DC 20018
November 30, 2022, 8:20 am

**In Transit to Next Facility**
November 29, 2022

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
November 27, 2022, 9:26 am

**Arrived at USPS Regional Facility**
MERRIFIELD VA DISTRIBUTION CENTER
November 26, 2022, 6:16 pm

**Arrived at USPS Regional Facility**
DULLES VA DISTRIBUTION CENTER
November 26, 2022, 2:25 pm

**Arrived at USPS Facility**
BRONX, NY 10466
November 23, 2022, 3:29 am

Hide Tracking History

Text & Email Updates

USPS Tracking Plus®

Product Information

See Less ∧

Track Another Package
Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# USPS Tracking®

FAQs >

Tracking Number:

## 9414726699042146284509

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

Remove ✕

### Latest Update

Your item was picked up at a postal facility at 4:52 am on November 28, 2022 in WASHINGTON, DC 20530.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
November 28, 2022, 4:52 am

### Available for Pickup
WASHINGTON, DC 20530
November 27, 2022, 9:13 am

### Arrived at Hub
WASHINGTON, DC 20018
November 27, 2022, 7:21 am

### In Transit to Next Facility
November 26, 2022

### Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER
November 23, 2022, 11:54 am

Feedback

**Arrived at USPS Regional Facility**
NEW YORK NY DISTRIBUTION CENTER
November 22, 2022, 10:38 pm

Hide Tracking History

Text & Email Updates

USPS Tracking Plus®

Product Information

See Less ∧

Track Another Package

Enter tracking or barcode numbers

Feedback

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs