AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Karen Lowy and Daniel Jaffe | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-03529-JMC |
| Bureau of ATF & U.S. Department of Justice | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Karen Lowy and Daniel Jaffe                                                        .

Date:   12/12/2022                                    /s/ Carly M. Lagrotteria
                                                                *Attorney's signature*

                                                      Carly M. Lagrotteria, NY Bar # 5779178
                                                                *Printed name and bar number*

                                                      Paul, Weiss, Rifkind, Wharton & Garrison LLP
                                                      1285 Avenue of the Americas
                                                      New York, NY 10019-6064
                                                                *Address*

                                                      clagrotteria@paulweiss.com
                                                                *E-mail address*

                                                      (212) 373-3547
                                                                *Telephone number*

                                                      (212) 492-0547
                                                                *FAX number*

[Print]   [Save As...]                                                          [Reset]

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREN LOWY and DANIEL JAFFE,<br><br>Plaintiffs,<br><br>v.<br><br>THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES and UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendants. | Civil Action No. 1:22-cv-03529-JMC |

**CERTIFICATE OF SERVICE**

I hereby certify that, on December 12, 2022, I caused the foregoing Notice of Appearance to be filed using the Court's CM/ECF system. Service of the foregoing Notice of Appearance was effected by FedEx overnight delivery on the following:

BUREAU OF ATF
99 New York Avenue, NE
Washington, DC 20226
US

UNITED STATES DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington, DC 20530
US

/s/ Carly M. Lagrotteria
Carly M. Lagrotteria