# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREN LOWY, et al. | ) |
| | ) |
|         Plaintiffs, | ) |
| | ) |
| v. | )   Civil Action No. 22-3529 (JMC) |
| | ) |
| THE BUREAU OF ALCOHOL, TOBACCO, | ) |
| FIREARMS AND EXPLOSIVES, et al. | ) |
| | ) |
|         Defendants. | ) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Bradley G. Silverman, Assistant United States Attorney, as counsel of record for Defendants in the above-captioned case.

Dated: December 20, 2022

                                                         Respectfully Submitted,

                                                         */s/ Bradley G. Silverman*_____
                                                         BRADLEY G. SILVERMAN
                                                         Assistant United States Attorney
                                                         DC Bar #1531664
                                                         601 D Street, N.W., 7th Floor
                                                         Washington, D.C. 20530
                                                          Tel: (202) 252-2575
                                                         Email: bradley.silverman@usdoj.gov

                                                         *Counsel for the Defendants*