UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KAREN LOWY et al.,

        *Plaintiffs*,

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES et al.,

        *Defendants*.

Civil Action No. 22-3529 (JMC)

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Date: April 13, 2023

/s/_____
LIZ LOCKWOOD
D.C. Bar No. 1029746
Ali & Lockwood LLP
300 New Jersey Avenue NW, Suite 900
Washington, D.C. 20001
(202) 651-2476
liz.lockwood@alilockwood.com

*Counsel for Plaintiffs Karen Lowy and Daniel Jaffe*

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:   /s/_____
     BRADLEY G. SILVERMAN
     DC Bar #1531664
     Assistant United States Attorney
     U.S. Attorney's Office
     Civil Division
     601 D Street NW
     Washington, DC 20530
     (202) 252-2575
     bradley.silverman@usdoj.gov

*Counsel for Defendant*